**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**
**COURT FILE NO.5:12-CV-00317-JMH**

| | |
|---|---|
| JEREMY PEACE,<br><br>                    Plaintiff,<br><br>v.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>                    Defendant. | **AGREED ORDER OF DISMISSAL** |

Plaintiff and Defendant, Firstsource Advantage, LLC, being in agreement and the Court being otherwise sufficiently advised;

IT IS HEREBY AGREED AND ORDERED that the Plaintiff and Defendant have reached terms of settlement in this matter and accordingly this matter is dismissed.

AGREED TO BE ENTERED:


 /s/ Brian T. Canupp
Brian T. Canupp
Brian T. Canupp, P.S.C.
322 Main Street
Paris, Kentucky  40361
Tel.: (859) 988-9658
Brian@Canupplaw.com
*Counsel for Plaintiff*

/s/ JB Lind
JB Lind
Vorys, Sater, Seymour and Pease LLP
 301 E. Fourth St., Suite 3500
Great American Tower
Cincinnati, OH 45202