```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

JEREMY PEACE,                    )
                                 )
    Plaintiff,                   )
                                 )
                                 )    Civil Case No. 12-CV-317-JMH
v.                               )
                                 )
FIRSTSOURCE ADVANTAGE, LLC,      )
                                 )           **ORDER**
    Defendant.                   )

                                        ***

    Plaintiff and Defendant, Firstsource Advantage, LLC, being in agreement [DE 31] and the Court being otherwise sufficiently advised,

    **IT IS HEREBY AGREED AND ORDERED**:

    (1) That all claims are **DISMISSED WITH PREJUDICE**, each party to bear his or its own costs and

    (2) That the Clerk shall **STRIKE** this matter from the active docket.

    This the 6th day of January, 2015.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge